ACCEPTED
03-15-00085-CV
8395085
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/29/2015 2:42:15 PM
JEFFREY D. KYLE
CLERK



**Lisa Bowlin Hobbs** | Lisa@KuhnHobbs.com
3307 Northland Drive, Suite 310 | Austin, Texas 78731
Tel 512.476.6002 | Fax 512.476.6002

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/29/2015 2:42:15 PM
JEFFREY D. KYLE
Clerk

December 29, 2015

Jeffrey D. Kyle, Clerk                                          *via e-filing*
Third Court of Appeals
209 West 14th Street, Room 101
Austin, Texas 78701

Re:     Nos. 03-15-00085-CV & No. 03-15-00280-CV; *DeLitta v. Schaefer*

Dear Mr. Kyle,

On November 3, 2015, the Court abated the two above-referenced appeals to allow the parties to proceed with settlement negotiations. The Court requested that, if the parties had not finalized a settlement by December 29, 2015, the parties file a report informing the Court of the status of the settlement negotiations.

On October 20, 2015, the parties entered into a binding Rule 11 agreement that resolved the litigation. Unfortunately, a significant dispute has arisen concerning the agreement. A hearing is scheduled in the trial court on Schaefer's Motion to Enforce for February 17, 2016.

Counsel suggests the case remain abated to allow the enforcement hearing to proceed and requests until March 1, 2016 to further update the Court on the matter. I have conferred with opposing counsel, and, though this letter was not prepared jointly, they agree that continued abatement is warranted under the circumstances.

Kindest Regards,

**Kuhn Hobbs PLLC**

By: _____
        Lisa Bowlin Hobbs

c:  Douglas R. Drucker & Kirby D. Hopkins, DRUCKER | HOPKINS (*via e-service*)